1  JASON G. REVZIN, ESQ.
   Nevada Bar No. 008629
2  E-Mail: Jason.Revzin@lewisbrisbois.com
   DANIELLE C. MILLER, ESQ.
3  Nevada Bar No. 009127
   E-Mail: Danielle.Miller@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
5  Telephone: (702) 893-3383
   Fax: (702) 893-3789
6  *Attorneys for Defendant*
   *Real Time Resolutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RALPH METZLER,<br><br>       Plaintiff,<br><br>vs.<br><br>REAL TIME RESOLUTIONS, INC.<br><br>       Defendant. | CASE NO. 2:15-cv-00735-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT REAL TIME RESOLUTIONS, INC. WITH PREJUDICE** |

   IT IS HEREBY JOINT STIPULATED AND AGREED by the Parties, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4817-6366-4676.1

captioned matter is hereby dismissed with prejudice, with each party bearing their own attorneys' fees and costs incurred herein.

DATED: May 18, 2015.
HAINES & KRIEGER, LLC

/s/ *David H. Krieger*

_____
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 009086
8985 S. Eastern Avenue, Suite 130
Las Vegas, Nevada 89123
Telephone: (702) 880-5554
Fax: (702) 385-5518
*Attorneys for Plaintiff*

DATED: May 18, 2015.
LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jason G. Revzin*

_____
JASON G. REVZIN, ESQ.
Nevada Bar No. 8629
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant*

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), the above-entitled action shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: May 18, 2015.